UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    *Plaintiff*,

v.

APPLE INC., QUALCOMM INCORPORATED, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG SEMICONDUCTOR, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.

    *Defendants*.

Case No. 3:15-CV-1477-BJD-JRK

## DECLARATION OF MATTHEW R. DOBBINS IN SUPPORT OF DEFENDANT QUALCOMM INCORPORATED'S MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF CALIFORNIA

I, Matthew R. Dobbins, hereby declare:

1. I am employed by Defendant Qualcomm Incorporated as a Senior Legal Counsel. I provide this declaration in support of Qualcomm's Motion to Transfer to the Southern District of California. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify thereto.

2. Qualcomm is a Delaware corporation with its headquarters and principal place of business in San Diego, which is in the Southern District of California. Qualcomm is amenable to process in the Southern District of California.

3. My understanding is that, in the above-captioned case, ParkerVision is accusing the following products: Qualcomm's WTR1625, WTR3925, WTR4905, and WTR5975 RF transceiver chips ("accused Qualcomm chips"), and any devices containing those RF chips,. The accused Qualcomm chips were primarily designed and developed in the Southern District of California. The relevant Qualcomm engineers responsible for designing and developing the accused Qualcomm chips are concentrated in San Diego, California. San Diego, California is also home to Qualcomm's key engineering, financial, marketing, sales, and management personnel, and the relevant Qualcomm employees knowledgeable about licensing, sales, and marketing issues. Relevant Qualcomm technical, financial, and sales and marketing documents related to the accused Qualcomm chips are managed out of San Diego, California.

4. ParkerVision filed a complaint in the International Trade Commission in December 2015 ("*ParkerVision IV*"). During the *ParkerVision IV* proceedings, ParkerVision deposed thirteen Qualcomm employees: Bhushan Asuri, Gary Brown, Ojas Choksi, Bindu Gupta, James Jaffee, Dongling Pan, Vinod Panikkath, Raj Rangarajan, Mahim Ranjan, Jim Tran, Sasha Vujcic, Maria Yantz, and Wei Zhuo. All of the Qualcomm party witness depositions occurred in the Southern District of California, near Qualcomm's facilities where the employees work.

5. During *ParkerVision IV*, ParkerVision requested unprecedented access to Qualcomm's highly sensitive native schematics, which are managed out of the Southern District of California. ParkerVision's attorneys and experts spent many days reviewing Qualcomm's highly sensitive technical information in California in connection with ParkerVision's lawsuits. Even after discovery closed in *ParkerVision IV*, ParkerVision demanded a highly sensitive schematic computer be flown across the country.

6. When ParkerVision filed its complaint in this action in December 2015, Qualcomm possessed no offices in Florida.

7. Recently, more than a year after the complaint was filed, Qualcomm closed on an acquisition of a joint venture it had established in early 2016 with third-party TDK Corporation. The joint venture included an office in Maitland, Florida. The Maitland office played no role in the design, development, or sales of the accused Qualcomm chips.

8. Prior to the filing of the complaint in this action, Qualcomm had an office in Ocala and one in Orlando. The Ocala office closed in 2014, and the Orlando office closed in November 2015. Qualcomm has no relevant witnesses or documents within 100 miles of Jacksonville, Florida. The actions ParkerVision has identified as the basis for Qualcomm's alleged infringement occurred either in the Southern District of California or overseas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Diego, California on this 27 day of July 2017.

_____
Matthew R. Dobbins