## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**PARKERVISION, INC.,**

        **Plaintiff,**

v.                                   **Case No. 3:15-cv-1477-J-39JRK**

**APPLE INC., et al,**

        **Defendants.**

_____/

### ORDER OF DISMISSAL

This matter is before the Court on Parkervision's Notice of Dismissal Without Prejudice as to the LG Defendants Only (Doc. No. 56; Notice) filed on July 21, 2017.  In the Notice, Plaintiff gives notice of the voluntary dismissal without prejudice of all claims against the LG Electronics Defendants only.  See Notice at 1.

Accordingly, it is hereby

**ORDERED**:

1.      Plaintiff's case as to Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. is **DISMISSED without prejudice.**

2.      Each party shall bear its own costs and fees.

3.      The Clerk of the Court is directed to terminate Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. from the Court docket.

**DONE** and **ORDERED** in Jacksonville, Florida this 31st day of July, 2017.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*