UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

vs.                                         Case No. 3:15-cv-1477-J-39JRK

APPLE, INC., et al.,

    Defendant.

## ORDER

**THIS CAUSE** is before the Court on the parties' Stipulation Regarding Expert Testimony Relating to Claim Construction, filed on November 2, 2017. (Doc. 76; Stipulation). The Court construes the Stipulation as a Joint Motion to Modify Certain Deadlines in the Court's Case Management and Scheduling Order (Doc. 55; CMSO).

Upon due consideration, it is hereby

**ORDERED**:

1. The Stipulation Regarding Expert Testimony Relating to Claim Construction (Doc. 76), which the Court construes to be a Joint Motion to Modify Certain Deadlines in the Court's Case Management and Scheduling Order (Doc. 55), is **APPROVED** and **GRANTED**.

2. Expert testimony related to Claim Construction, in the form of a declaration, does not need to be exchanged or serviced prior to the Simultaneous Opening Claim Construction Briefs, currently due on November 16, 2017.

3. If the parties determine that depositions of experts who provide expert opinions regarding claim construction are necessary, such depositions may be taken past

the November 10, 2017 deadline to complete claim construction discovery.

4. Expert deposition testimony may be relied upon and incorporated, in support of Simultaneous Responsive Claim Construction Briefs, currently due on December 14, 2017.

5. Following the parties' submission of the Simultaneous Responsive Claim Construction Briefs, the Court will consider ordering simultaneous reply claim construction briefs, or motions seeking permission to file reply claim construction briefs, if the Court or the parties determine that said replies would assist the Court. Additionally, following the conclusion of the claim construction briefing, the parties will be asked to submit a joint statement regarding the scheduling of a Claim Construction Markman Hearing.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of November, 2017.

_____
BRIAN J. DAVIS
United States District Judge

jl

Copies furnished to:

Counsel of Record