**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARKERVISION, INC.,

        Plaintiff,

vs.                                              Case No. 3:15-cv-1477-J-39JRK

APPLE INC. and QUALCOMM,
INCORPORATED,

        Defendants.
_____/

**O R D E R**

1.    ParkerVision's Unopposed Motion for Leave to File Reply to Qualcomm's Opposition to ParkerVision's Motion for Leave to File Third Amended Complaint (Doc. No. 137), filed December 21, 2018, is **GRANTED**.

2.    ParkerVision shall file a reply, not to exceed five pages, to Defendant Qualcomm Incorporated's Opposition to Plaintiff ParkerVision's Motion for Leave to File Third Amended Complaint (Doc. No. 133), by **January 7, 2019**.

3.    Qualcomm may (but is not required to) file a sur-reply, not to exceed five pages, no later than **January 14, 2019**.

**DONE AND ORDERED** at Jacksonville, Florida on December 28, 2018.

                                                          JAMES R. KLINDT
                                                          United States Magistrate Judge

kaw
Copies to:
Counsel of record