## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

PARKERVISION, INC.,

      Plaintiff,

v.                                                              Case No. 3:15-cv-1477-J-39JBT

APPLE INC. and QUALCOMM
INCORPORATED,

      Defendants.

_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On July 15, 2019, the Court entered its Order that determined the proper construction of certain claim terms at issue in this case. (Doc. 151 at 29). In light of the procedural history of the case, the Amended Case Management and Scheduling Order (Doc. 153) followed. On September 5, 2019, the parties moved to extend certain deadlines within the Amended Case Management and Scheduling Order. In an effort to consolidate the controlling deadlines into one case management and scheduling order and to effectuate a more speedy resolution of this matter a second amended case management is due to be entered.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Amended Case Management and Scheduling Order (Doc. 153) is **VACATED**.

2. The following deadlines shall control:

| | |
|---|---|
| Final Infringement Contentions | **November 20, 2019** |
| Final Invalidity Contentions | **December 23, 2019** |
| Close of Fact Discovery | **January 30, 2020** |
| Expert Reports of Parties with Burden of Proof, including Secondary Considerations | **February 13, 2020** |
| Rebuttal Expert Reports | **March 13, 2020** |
| Completion of Expert Witness Depositions | **April 3, 2020** |
| Mediation                    Deadline:<br>Mediator:<br>Address:<br>Telephone: | **April 17, 2020**<br>***TBD[1]*** |
| Final Day for Filing Dispositive Motions, *Daubert/Kumho Tire Motions* | **April 17, 2020** |
| Final Day to Respond to Dispositive and *Daubert/Kumho Tire Motions* | **May 8, 2020** |
| Motions In Limine | **July 8, 2020** |
| Responses to Motions In Limine | **July 15, 2020** |
| All Other Motions | **July 15, 2020** |
| Joint Final Pretrial Statement | **July 15, 2020** |
| Final Pretrial Conference: | **July 22, 2020**<br>**10:00 AM**<br>**Courtroom 12C** |
| Trial Term Begins: | **August 3, 2020**<br>**9:00 A.M.**<br>**Courtroom 12C**<br>(***TBD* – Trial type & Length**) |

---

[1] As ordered herein, the parties must select a court-approved mediator, who is acceptable to all parties and inform the Court of the Mediator's name, address and telephone number **no later than November 29, 2019**.

**DONE** and **ORDERED** in Jacksonville, Florida this 20th day of November, 2019.

BRIAN J. DAVIS
United States District Judge

Ap/2
Copies furnished to:

Counsel of Record