**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| PARKERVISION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-01477-BJD-JRK |
| ) | |
| APPLE INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT AS TO THE STATUS OF THE ORLANDO CASE

Plaintiff ParkerVision, Inc. and Defendants, Qualcomm Incorporated ("Qualcomm") and Apple Inc. ("Apple") (collectively, "Defendants") (all collectively, "the Parties"), respectfully submit this Joint Status Report as to the Status of the Orlando Case as required by ECF No. 247.

The Orlando case between ParkerVision and Qualcomm is proceeding, and currently engaged in expert discovery. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, 14-cv-687, ECF No. 451, 447. Trial in the Orlando case remains scheduled for May, 2021. *Id.* The Parties continue to believe that resolution of the issues in the Orlando case will likely eliminate the need to proceed with this case and, as such, request that the stay remain in place.

[*Signature blocks on following pages.*]

Dated: October 30, 2020

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **WEIL, GOTSHAL & MANGES LLP** |

By /s/ *John R. Thomas*
    Stephen D. Busey
    John R. Thomas

Florida Bar Number 117790
Florida Bar Number 77107
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 359-7700
Fax: (904) 359-7708
busey@smithhulsey.com
jthomas@smithhulsey.com

*Counsel for Plaintiff ParkerVision, Inc.*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC**

By /s/ *Daniel B Weinger*
Michael T. Renaud (Mass BBO No. 629783)
James M. Wodarski (Mass BBO No. 627036)
Michael J. McNamara (Mass BBO No. 665885)
William A. Meunier (Mass BBO No. 677571)
Daniel B. Weinger (Mass BBO No. 681770)
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Facsimile: (617) 542-2241
MTRenaud@mintz.com
JWodarski@mintz.com
MMcNamara@mintz.com
WAMeunier@mintz.com
DBWeinger@mintz.com

*Counsel for Plaintiff ParkerVision, Inc.*

By   /s/ *Robert T. Vlasis III*

Brian E. Ferguson (pro hac vice) – Trial Counsel
brian.ferguson@weil.com
Robert T. Vlasis III (pro hac vice)
Robert.vlasis@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Phone: (202) 682-7000
Fax: (202) 857-0940

Edward Soto
Florida Bar Number: 265144
edward.soto@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Suite 1200
Miami, FL 33131
Phone: (305)577-3177
Fax: (305)374-7159

*Counsel for Defendant Apple Inc.*

**COOLEY LLP**

By /s/ *Matthew J. Brigham*
Stephen C. Neal
(admitted pro hac vice; Trial Counsel)
nealsc@cooley.com
Matthew J. Brigham (admitted pro hac vice)
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
3175 Hanover Street
Palo Alto, CA  94306-2155
Phone:  (650) 843-5000
Fax:  (650) 849-7400

Eamonn Gardner (admitted pro hac vice)
egardner@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**

John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

3

## CERTIFICATE OF SERVICE

I certify that on October 30, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *John R. Thomas*
Attorney

104815408v.1