# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-cv-01477-BJD-JRK |
| | ) |
| APPLE INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT AS TO THE STATUS OF THE ORLANDO CASE

Plaintiff ParkerVision, Inc. and Defendants Qualcomm Incorporated ("Qualcomm") and Apple Inc. ("Apple") (collectively, "Defendants"), respectfully submit this Joint Status Report as to the Status of the Orlando Case as required by ECF No. 247.

The Orlando case between ParkerVision and Qualcomm is proceeding, and currently engaged in expert discovery. *See ParkerVision, Inc. v. Qualcomm Inc.*, et al, 14-cv-687, ECF No. 477. Due to a delay in expert discovery, the Court ordered the parties to submit an amended Case Management Report with proposed new dates for dispositive and Daubert briefing, as well as a discussion of the impact on the remaining deadlines, including trial. *Id.* at ECF No. 469. The parties have proposed new trial dates in June 2021. *Id.* at ECF No. 477. The Parties continue to believe that resolution of the issues in the Orlando case will likely eliminate the need to proceed with this case and, as such, request that the stay remain in place.

1


Dated: January 28, 2021

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **WEIL, GOTSHAL & MANGES LLP** |
| By /s/ *John R. Thomas*<br>Stephen D. Busey<br>John R. Thomas<br><br>Florida Bar Number 117790<br>Florida Bar Number 77107<br>One Independent Drive \| Suite 3300<br>Jacksonville, Florida 32202<br>Tel: (904) 359-7700<br>Fax: (904) 359-7708<br>busey@smithhulsey.com<br>jthomas@smithhulsey.com<br><br>*Counsel for Plaintiff ParkerVision, Inc.* | By   /s/ *Robert T. Vlasis III\**<br>Brian E. Ferguson (pro hac vice) – Trial Counsel<br>brian.ferguson@weil.com<br>Robert T. Vlasis III (pro hac vice)<br>Robert.vlasis@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, N.W., Suite 600<br>Washington, D.C. 20036<br>Phone: (202) 682-7000<br>Fax: (202) 857-0940<br><br>Edward Soto<br>Florida Bar Number: 265144<br>edward.soto@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>1395 Brickell Ave, Suite 1200<br>Miami, FL 33131<br>Phone: (305)577-3177<br>Fax: (305)374-7159<br><br>*Counsel for Defendant Apple Inc.* |
| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC**<br><br>By   /s/ *Daniel B. Weinger\**<br>Michael T. Renaud (Mass BBO No. 629783)<br>James M. Wodarski (Mass BBO No. 627036)<br>Michael J. McNamara (Mass BBO No. 665885)<br>William A. Meunier (Mass BBO No. 677571)<br>Daniel B. Weinger (Mass BBO No. 681770)<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 542-6000<br>Facsimile: (617) 542-2241<br>MTRenaud@mintz.com<br>JWodarski@mintz.com<br>MMcNamara@mintz.com<br>WAMeunier@mintz.com<br>DBWeinger@mintz.com<br><br>*Counsel for Plaintiff ParkerVision, Inc.* | **COOLEY LLP**<br><br>By /s/ *Matthew J. Brigham\**<br>Stephen C. Neal<br>(admitted pro hac vice; Trial Counsel)<br>nealsc@cooley.com<br>Matthew J. Brigham (admitted pro hac vice)<br>mbrigham@cooley.com<br>Jeffrey Karr (admitted pro hac vice)<br>jkarr@cooley.com<br>Dena Chen (admitted pro hac vice)<br>dchen@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA  94306-2155<br>Phone:  (650) 843-5000<br>Fax:  (650) 849-7400 |

Eamonn Gardner (admitted pro hac vice)
egardner@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**

John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

*Attorneys Weinger, Vlasis and Brigham have authorized their electronic signatures.

**CERTIFICATE OF SERVICE**

      I certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.



                                                           */s/ John R. Thomas*
                                                                Attorney