IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., </br></br>     Plaintiff, </br></br> v. </br></br> APPLE INC.,     et al., </br></br>     Defendants. | Case No. 3:15-cv-01477-BJD-JRK |

**JOINT STATUS REPORT AS TO THE
STATUS OF THE ORLANDO CASE**

Plaintiff ParkerVision, Inc. and Defendants Qualcomm Incorporated ("Qualcomm") and Apple Inc. ("Apple") (collectively, "Defendants"), respectfully submit this Joint Status Report as to the Status of the Orlando Case as required by ECF No. 247.

The Orlando case between ParkerVision and Qualcomm is proceeding. Both sides have pending motions. The parties filed a Joint Pre-Trial Statement on May 21, 2021. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 612. The Court will set a Final Pretrial Conference once the Court has ruled on all pending motions. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF Nos. 602, 603. The Parties continue to believe that resolution of the issues in the Orlando case will likely eliminate the need to proceed with this case and, as such, request that the stay remain in place.

Dated:  July 26, 2021

**SMITH HULSEY & BUSEY**

By /s/ *John R. Thomas*
    Stephen D. Busey
    John R. Thomas

Florida Bar Number 117790
Florida Bar Number 77107
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jthomas@smithhulsey.com


**DAIGNAULT IYER LLP**

By /s/ *Ronald M. Daignault**
Ronald M. Daignault, Lead Counsel
(admitted *pro hac vice*)
New York Bar Number 2476372
(917) 938-9795
(571) 279-0953 (facsimile)
rdaignault@daignaultiyer.com
Chandran B. Iyer
(admitted *pro hac vice*)
DC Bar Number 1019078
New York Bar Number 4152658
Virginia Bar Number 94100
(202) 330-1666
(571) 279-0953 (facsimile)
cbiyer@daignaultiyer.com
8618 Westwood Center Drive
Suite 150
Vienna, Virginia 22182

*Counsel for Plaintiff ParkerVision, Inc.*

**WEIL, GOTSHAL & MANGES LLP**

By   /s/ *Brian E. Ferguson**

Brian E. Ferguson (pro hac vice) – Trial Counsel
brian.ferguson@weil.com
Robert T. Vlasis III (pro hac vice)
Robert.vlasis@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Phone: (202) 682-7000
Fax: (202) 857-0940

Edward Soto
Florida Bar Number: 265144
edward.soto@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Suite 1200
Miami, FL 33131
Phone: (305)577-3177
Fax: (305)374-7159

*Counsel for Defendant Apple Inc.*


**COOLEY LLP**

By /s/ *Matthew J. Brigham**
Stephen C. Neal
(admitted pro hac vice; Trial Counsel)
nealsc@cooley.com
Matthew J. Brigham (admitted pro hac vice)
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
3175 Hanover Street
Palo Alto, CA  94306-2155

Phone: (650) 843-5000
Fax: (650) 849-7400

Eamonn Gardner (admitted pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**

John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

---

\* Attorneys Daignault, Ferguson and Brigham have authorized the use of their electronic signatures.

## CERTIFICATE OF SERVICE

  I certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

           */s/ John R. Thomas*      
              Attorney
