IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:15-cv-01477-BJD-JRK |
| APPLE INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

**JOINT STATUS REPORT AS TO THE
STATUS OF THE ORLANDO CASE**

Plaintiff ParkerVision, Inc. and Defendants Qualcomm Incorporated ("Qualcomm") and Apple Inc. ("Apple") (collectively, "Defendants"), respectfully submit this Joint Status Report as to the Status of the Orlando Case as required by ECF No. 247.

The Orlando case between ParkerVision and Qualcomm is proceeding. Both sides have pending motions. The parties filed a Joint Pre-Trial Statement on May 21, 2021. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 612. The Court will set a Final Pretrial Conference once the Court has ruled on all pending motions. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF Nos. 602, 603. The Parties continue to believe that resolution of the issues in the Orlando case will likely eliminate the need to proceed with this case and, as such, request that the stay remain in place.

Dated: October 22, 2021

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **WEIL, GOTSHAL & MANGES LLP** |

By /s/ *John R. Thomas*       By  /s/ *Brian E. Ferguson\**
Stephen D. Busey
John R. Thomas

Brian E. Ferguson (pro hac vice) – Trial Counsel
brian.ferguson@weil.com
Florida Bar Number 117790
Florida Bar Number 77107
Robert T. Vlasis III (pro hac vice)
One Independent Drive, Suite 3300
Robert.vlasis@weil.com
Jacksonville, Florida 32202
WEIL, GOTSHAL & MANGES LLP
(904) 359-7700
2001 M Street, N.W., Suite 600
(904) 359-7708 (facsimile)
Washington, D.C. 20036
busey@smithhulsey.com
Phone: (202) 682-7000
jthomas@smithhulsey.com
Fax: (202) 857-0940

Edward Soto
Florida Bar Number: 265144
edward.soto@weil.com

**DAIGNAULT IYER LLP**

WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Suite 1200
By /s/ *Ronald M. Daignault\**
Ronald M. Daignault, Lead Counsel
Miami, FL 33131
(admitted *pro hac vice*)
Phone: (305)577-3177
New York Bar Number 2476372
Fax: (305)374-7159
(917) 938-9795
(571) 279-0953 (facsimile)
rdaignault@daignaultiyer.com
*Counsel for Defendant Apple Inc.*
Chandran B. Iyer
(admitted *pro hac vice*)
DC Bar Number 1019078

**COOLEY LLP**

New York Bar Number 4152658
Virginia Bar Number 94100
By /s/ *Matthew J. Brigham\**
(202) 330-1666
Stephen C. Neal
(571) 279-0953 (facsimile)
(admitted pro hac vice; Trial Counsel)
cbiyer@daignaultiyer.com
nealsc@cooley.com
8618 Westwood Center Drive
Matthew J. Brigham (admitted pro hac vice)
Suite 150
Vienna, Virginia 22182
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)

*Counsel for Plaintiff ParkerVision, Inc.*
jkarr@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
3175 Hanover Street

2

Palo Alto, CA 94306-2155
Phone: (650) 843-5000
Fax: (650) 849-7400

Eamonn Gardner (admitted pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**

John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

\* Attorneys Daignault, Ferguson and Brigham have authorized the use of their electronic signatures.

## CERTIFICATE OF SERVICE

I certify that on October 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

<u>   /s/ <i>John R. Thomas</i>   </u><br>
Attorney