IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE INC. ,et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:15-cv-01477-BJD-MCR |

**JOINT STATUS REPORT AS TO THE STATUS OF THE ORLANDO CASE**

On April 21, 2020, Plaintiff ParkerVision, Inc. and Defendant Apple Inc. ("Apple") filed an unopposed motion to stay this action (as to all parties) pending a final judgment (including any appeals) or settlement in the related Orlando Case. Defendant Qualcomm Incorporated ("Qualcomm") did not oppose. ECF No. 245. On April 30, 2020, the Court granted the parties' Unopposed Motion to Stay. ECF No. 247. The parties respectfully submit this Joint Status Report as to the Status of the Orlando Case as required by ECF No. 247.

On March 22, 2022, the Court granted Qualcomm's Motion for Summary Judgment of Noninfringement of the remaining patents in the Orlando Case. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 685. Judgment was entered in Qualcomm's favor on March 23, 2022. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 687. ParkerVision filed a notice of appeal on April

20, 2022. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 693. ParkerVision's opening brief is currently due August 18, 2022. As such, the parties request that the stay remain in place.

Dated: July 25, 2022

<table>
<tr><td>

**DAIGNAULT IYER LLP**

By /s/ *Ronald M. Daignault*
Ronald M. Daignault, Lead Counsel
(admitted *pro hac vice*)
New York Bar Number 2476372
(917) 938-9795
(571) 279-0953 (facsimile)
rdaignault@daignaultiyer.com
Chandran B. Iyer
(admitted *pro hac vice*)
DC Bar Number 1019078
New York Bar Number 4152658
Virginia Bar Number 94100
(202) 330-1666
(571) 279-0953 (facsimile)
cbiyer@daignaultiyer.com
8618 Westwood Center Drive
Suite 150
Vienna, Virginia 22182

**SMITH HULSEY & BUSEY**

Stephen D. Busey
John R. Thomas
Florida Bar Number 117790
Florida Bar Number 77107
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 359-7700
Fax: (904) 359-7708
busey@smithhulsey.com
jthomas@smithhulsey.com

</td><td>

**WEIL, GOTSHAL & MANGES LLP**

By   /s/ *Anne Cappella*
Edward Soto
Florida Bar Number: 265144
edward.soto@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Ave, Suite 1200
Miami, FL 33131
Phone: (305)577-3177
Fax: (305)374-7159

Anne Cappella (pro hac vice)
anne.cappella@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Phone: (650) 802-3985
Fax: (650) 802-3100

*Counsel for Defendant Apple Inc.*

**COOLEY LLP**

By /s/ *Matthew J. Brigham*
Stephen C. Neal
(admitted pro hac vice; Trial Counsel)
nealsc@cooley.com
Matthew J. Brigham (admitted pro hac vice)
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com

</td></tr>
</table>

*Counsel for Plaintiff ParkerVision, Inc.*

3175 Hanover Street
Palo Alto, CA 94306-2155
Phone: (650) 843-5000
Fax: (650) 849-7400

Eamonn Gardner (admitted pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**

John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

\* Attorneys Daignault and Cappella have authorized the use of their electronic signatures.

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

                                                 /s/ *Matthew J. Brigham*
                                                   Matthew J. Brigham