IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PARKERVISION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-cv-01477-BJD-MCR |
| | ) |
| APPLE INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT STATUS REPORT AS TO THE STATUS OF THE ORLANDO CASE**

On April 21, 2020, Plaintiff ParkerVision, Inc. and Defendant Apple Inc. ("Apple") filed an unopposed motion to stay this action (as to all parties) pending a final judgment (including any appeals) or settlement in the related Orlando Case. Defendant Qualcomm Incorporated ("Qualcomm") did not oppose. ECF No. 245. On April 30, 2020, the Court granted the parties' Unopposed Motion to Stay. ECF No. 247. The parties respectfully submit this Joint Status Report as to the Status of the Orlando Case as required by ECF No. 247.

On March 22, 2022, the Court granted Qualcomm's Motion for Summary Judgment of Noninfringement of the remaining patents in the Orlando Case. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 685. Judgment was entered in Qualcomm's favor on March 23, 2022. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 687. ParkerVision filed a notice of appeal on April 20, 2022. *See ParkerVision, Inc. v. Qualcomm Inc., et al*, No. 14-cv-687, ECF No. 693. ParkerVision filed its opening brief on

1

August 18, 2022. Qualcomm's responsive brief is currently due November 14, 2022. As such, the parties request that the stay remain in place.

Dated: October 24, 2022

| **DAIGNAULT IYER LLP** | **WEIL, GOTSHAL & MANGES LLP** |
|---|---|
| By /s/ *Ronald M. Daignault* | By    /s/ *Anne Cappella* |
| Ronald M. Daignault, Lead Counsel | Edward Soto |
| (admitted *pro hac vice*) | Florida Bar Number: 265144 |
| New York Bar Number 2476372 | edward.soto@weil.com |
| (917) 938-9795 | WEIL, GOTSHAL & MANGES LLP |
| (571) 279-0953 (facsimile) | 1395 Brickell Ave, Suite 1200 |
| rdaignault@daignaultiyer.com | Miami, FL 33131 |
| Chandran B. Iyer | Phone: (305)577-3177 |
| (admitted *pro hac vice*) | Fax: (305)374-7159 |
| DC Bar Number 1019078 | |
| New York Bar Number 4152658 | Anne Cappella (pro hac vice) |
| Virginia Bar Number 94100 | anne.cappella@weil.com |
| (202) 330-1666 | WEIL, GOTSHAL & MANGES LLP |
| (571) 279-0953 (facsimile) | 201 Redwood Shores Parkway Redwood |
| cbiyer@daignaultiyer.com | Shores, CA 94065 |
| 8618 Westwood Center Drive | Phone: (650) 802-3985 |
| Suite 150 | Fax: (650) 802-3100 |
| Vienna, Virginia 22182 | |
| | *Counsel for Defendant Apple Inc.* |
| **SMITH HULSEY & BUSEY** | |
| | **COOLEY LLP** |
| Stephen D. Busey | |
| John R. Thomas | By /s/ *Matthew J. Brigham* |
| Florida Bar Number 117790 | Stephen C. Neal |
| Florida Bar Number 77107 | (admitted pro hac vice; Trial Counsel) |
| One Independent Drive, Suite 3300 | nealsc@cooley.com |
| Jacksonville, Florida 32202 | Matthew J. Brigham (admitted pro hac vice) |
| Tel: (904) 359-7700 | mbrigham@cooley.com |
| Fax: (904) 359-7708 | Jeffrey Karr (admitted pro hac vice) |
| busey@smithhulsey.com | jkarr@cooley.com |
| jthomas@smithhulsey.com | Dena Chen (admitted pro hac vice) |
| | dchen@cooley.com |
| | 3175 Hanover Street |
| *Counsel for Plaintiff ParkerVision, Inc.* | Palo Alto, CA  94306-2155 |
| | Phone:  (650) 843-5000 |
| | Fax:  (650) 849-7400 |

2

Eamonn Gardner (admitted pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**

John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for Defendant Qualcomm Incorporated*

\* Attorneys Daignault and Cappella have authorized the use of their electronic signatures.

## CERTIFICATE OF SERVICE

I certify that on October 24, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *Matthew J. Brigham*
Matthew J. Brigham
