UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.

    Case No. 3:15-cv-1477-BJD-MCR

APPLE INC. and QUALCOMM INCORPORATED,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court <u>sua sponte</u>. The parties are under a continuing obligation to provide status reports to this Court every 90 days. (Doc. 247). The parties are well-beyond 90 days since their last status update. Therefore, on or before **July 24, 2025**, the parties shall file an updated status report, or this case will be **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Jacksonville, Florida this **10th** day of July, 2025.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties